

# Fourth Court of Appeals
## San Antonio, Texas

April 11, 2019

No. 04-18-00594-CV

Mary **MATTHEWS,**
Appellant

v.

**OLD RIVER ROAD RV RESORT, LLC,**
Appellee

From the 216th Judicial District Court, Kerr County, Texas
Trial Court No. 18372A
Honorable Robert R. Barton, Judge Presiding

# O R D E R

Appellee's brief was due on March 27, 2019. *See* TEX. R. APP. P. 38.6(b). After the due date, Appellee filed an unopposed motion for a thirty-day extension of time to file Appellee's brief.

Appellee's motion is GRANTED. Appellee's brief is due on April 29, 2019.

_____
Patricia O. Alvarez, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 11th day of April, 2019.

_____
KEITH E. HOTTLE,
Clerk of Court